FILED

08/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0699

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0699

STATE OF MONTANA,

Plaintiff and Appellee,

v.

KAITLYN REBECCA HOLMES,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 45-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 20, 2023, within which to prepare, file, and serve its response brief.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 29 2023